**THE AMIN LAW GROUP, LTD.**
Ismail Amin, Esq. (SBN 231232)
    iamin@talglaw.com
Katherine J. Vescera, Esq. (SBN 287171)
    kvescera@talglaw.com
2211 Michelson Drive, Suite 1270
Irvine, CA 92612
Telephone: 949. 502.7715
Facsimile: 949.266.8406

**ABRAMS, FENSTERMAN, FENSTERMAN,**
**EISMAN, FORMATO, FERRARA,**
**WOLF & CARONE, LLP**
Seth L. Berman, Esq. (*pro hac vice*)
    sberman@abramslaw.com
3 Dakota Drive, Suite 300
Lake Success, NY 11042
Telephone: 516.328.2300
Facsimile: 516.328.6638

Attorneys for Plaintiff FREEPLAY MUSIC, LLC

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEPLAY MUSIC, LLC, | **Case No. 2:19-cv-05890-RGK-SK** |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER TO DISMISS ALL CLAIMS WITH PREJUDICE** |
| THERMALTAKE USA INC., and THERMALTAKE TECHNOLOGY CO., LTD., | *Judge:* Hon. R. Gary Klausner |
| Defendants. | *Magistrate Judge:* Hon. Steve Kim |

**[PROPOSED] ORDER TO DISMISS ALL CLAIMS WITH PREJUDICE**

**ORDER OF DISMISSAL**

Based upon the facts laid out in the Stipulation of Dismissal, and for good cause shown, the Court hereby orders the dismissal of all claims, with prejudice, brought by Plaintiff FREEPLAY MUSIC, LLC against Defendants THERMALTAKE USA INC., and THERMALTAKE TECHNOLOGY CO., LTD., with each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: February 20, 2020

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE